**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00314-CV**
_____

**OCTAVIA SHARRELL MCGEE, Appellant**

**V.**

**CAMILLO ML 2021 SFR, LLC, Appellee**

_____

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 22-32799**

_____

**MEMORANDUM OPINION**

In September 2022, the trial court signed a judgment ordering Octavia Sharrell McGee to surrender possession and to pay unpaid rent on the premises, located at 25758 Hazy Elm Lane, Porter, Texas. After the trial court signed the judgment, McGee filed a notice of appeal, and in a separate document, requested that the judgment be reversed.

On April 3, 2023, we notified McGee that the document we received failed to comply with the requirements of a brief and lacked the required certificate of service.

1

*See* Tex. R. App. P. 9.5(e), 38.1. We warned McGee that she must send a copy of each document she filed to the appellee and submit a certificate of service. We further notified McGee that she could file an amended brief provided she did so no later than April 13, 2023.

On April 27, 2023, we notified the parties that McGee had not filed a brief and that her appeal would be submitted without briefs unless, by May 8, 2023, we received a brief together with a motion to extend the time she is allowed to file a brief. We also warned McGee that her appeal could be dismissed for want of prosecution if her appeal was submitted without briefs.

On May 23, 2023, we notified the parties that on June 13, 2023, the appeal would be submitted on the record alone without briefs and without oral argument. *See id*. 39.8. In the absence of a brief assigning error, we dismiss McGee's appeal for want of prosecution. *See id*. 38.8(a)(1); 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 13, 2023
Opinion Delivered June 22, 2023

Before Golemon, C.J., Horton and Wright, JJ.

2